IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

UNITED STATES OF AMERICA     )
                             )
v                            )
                             ) CR. NO. 2:06cr167-MHT
_Betty Robertson_            )
                             )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Betty Robertson_, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_7/20/06_                       _Betty Robertson_
DATE                            DEFENDANT

                                _[signature]_
                                ATTORNEY FOR DEFENDANT