COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

- INITIAL APPEARANCE
- BOND HEARING
- DETENTION HEARING
- PRELIMINARY (EXAMINATION) (HEARING)
- REMOVAL HEARING [RULE 5]
- ARRAIGNMENT

DATE: 7-20-2006

Digital Recording 4:14 to 4:31 pm
4:32 – 4:43 pm

PRESIDING MAG. JUDGE: Delores Boyd       DEPUTY CLERK: sql
CASE NO.: 2:06CR167-MHT       DEFT. NAME: Betty Robertson
USA: Cooke       DEFT. ATTY: Russell Duraski
Type Counsel: ( )Retained; (X) Panel CJA; ( ) Waived; ( ) CDO
PTSO: Thweatt
SPO: _____

Defendant _____ does ___✓___ does NOT need an interpreter
Interpreter present ___✓___ NO _____ YES   Name: _____

- ✓ Date of Arrest 7-20-06 or ☐ Arrest Rule 5
- ✓ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
- Deft. First Appearance with Counsel
- Deft. First Appearance without Counsel
- ✓ Requests appointed Counsel ✓
- ✓ Financial Affidavit executed ☐ to be obtained by PTSO
- ORDER appointing Community Defender Organization
- ✓ Panel Attorney Appointed; ☐to be appointed - prepare voucher
- Deft. Advises he will retain counsel. Has retained _____
- ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
- ☐ Government's WRITTEN motion for Detention Hearing filed
- Detention Hearing ☐held; ☐ set for _____ at _____
- ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ORDER OF DETENTION PENDING TRIAL entered
- ✓ Release order entered. Deft advised of conditions of release
- ✓ BOND EXECUTED (M/D AL charges) $ 25,000. Deft released
- BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- Bond not executed. Deft to remain in Marshal's custody
- Deft. ORDERED REMOVED to originating district
- Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ✓ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ✓ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
-   DISCOVERY DISCLOSURE DATE: 7-21-06
- NOTICE to retained Criminal Defense Attorney handed to counsel
- Identity/Removal Hearing set for _____
- Waiver of Speedy Trial Act Rights executed