IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:06-cr-167-MHT |
| | * | |
| Betty Robertson | * | |

## MOTION TO WITHDRAW

Comes now the undersigned counsel for the Defendant and files this his MOTION TO WITHDRAW and shows as follows:

1. The undersigned was appointed to represent the Defendant on July 20, 2006.

2. The undersigned received a telephone call from the Clerk's Office on August 14, 2006 advising that counsel had been retained to represent the defendant.

Wherefore, the undersigned prays that he is allowed to withdraw since the Defendant is now represented by retained counsel.

Respectfully submitted this 15th day of August, 2006.

Russell T. Duraski (DUR007)

Attorney for Defendant
5950 Carmichael Place, Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
Email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 15th day of August, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

David Cooke, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197