IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-167-MHT |
| | ) | |
| BETTY ROBERTSON | ) | |

**ORDER ON MOTION**

Pursuant to the *Notice of Appearance* filed by Susan James (Doc. 24, August 11, 2006), it is

**ORDERED** that the *Motion to Withdraw* filed by Russell Duraski (Doc. 28, August 15, 2006) is **GRANTED**. Accordingly, the clerk is directed to designate Susan James as the attorney of record for Defendant Betty Robertson.

Done this 16th day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE