IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | * |
| v. | * CASE NO.  06cr167-MHT |
| | * |
| **BETTY ROBERTSON** | * |

**MOTION FOR EXTENSION OF TIME TO FILE SUPPRESSION MOTION**

Comes now Susan G. James, Attorney for Betty Robertson and files this motion for extension of time in which to file a motion to suppress in this case and in support thereof states the following:

1. The defendant was previously represented by Russell Duraski. He has since withdrawn from the case.

2. Time for filing pretrial motions has expired.

3. Counsel appeared before this court before pretrial in this case on August 21, 2006.

4. During that time counsel orally advised the court that she would like to file a motion to suppress and requested that the court extend the time for filing said motion.

5. Wherefore counsel is submitting said written motion requesting an extension of time of seven days in which to file the motion to suppress.

Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law

        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,


        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012