IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-167-MHT |
| | ) | |
| BETTY ROBERTSON | ) | |

**ORDER ON MOTION**

For good cause therein, it is

**ORDERED** that the *Motion for Extension of Time to File Suppression Motion* filed by Defendant's Counsel, Susan James (Doc. 32, August 18, 2006), is **GRANTED**. Accordingly, Defendant's deadline to file a motion to suppress is extended to and including August 28, 2006.

Done this 21st day of August, 2006.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE