## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern  ☐ Southern  ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 8/21/2006 | @ 11:12 ☒ a.m. ☐ p.m |
| DATE COMPLETED 8/21/2006 | @ 11:20 ☒ a.m. ☐ p.m |

CASE NO. 2:06CR167-MHT

UNITED STATES OF AMERICA    VS.    BETTY ROBERTSON
Plaintiff(s)                        Defendant(s)

### APPEARANCES

Plaintiff(s)/Government
~~Cooke~~ Moorer

Defendant (s)
~~Susan James~~ Simmons

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: 
Law Clerk: 
Interpreter: 
USPO/USPTS: 
Other: 

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

☒ **Pretrial Conference**
Pending Motions: None
Discovery Status: Complete
Plea Status: Poss.
Trial Status/Length: 2-3 Days
Trial Term: 10-30-06