# AFFIDAVIT FOR SEARCH WARRANT

Filed
Larry Dozier
Circuit Clerk

STATE OF ALABAMA　　*

　　　　　　　　　　　*

COUNTY OF ELMORE　　*

　　　Before me, John B. Bush, Circuit Judge of Elmore County, Alabama the undersigned duly sworn, deposed and states that:

　　　"My name is Thomas Reid. I have been in law enforcement approximately eight years. I am employed with the Central Alabama Drug Task Force (CADTF) and have so been employed for approximately six years. In that capacity I have been involved in numerous investigations involving narcotics. These investigations include numerous undercover narcotic investigations as well as investigations involving confidential informants. Through my job training and employment experience I have become thoroughly knowledgeable in the identification of different types of narcotics. I have also become familiar with the methods used by persons in order to conceal such activity from law enforcement personnel."

　　　Affiant Further states the he has reason to believe, probable cause to believe and does believe that crack cocaine, drug paraphernalia, illegal cash proceeds relating to the sale of illegal narcotics, along with police band scanners video surveillance equipment, computers, records and documents of transactions used to conceal drug related activity from law enforcement personnel, and firearms used for the protection of the trafficker, will be located at the residence of Gregory Steve Smoke located at 2112 Crenshaw Road, Wetumpka Alabama.

　　　**Directions are as follows**: 2112 Crenshaw Road - Wetumpka Alabama: From Alabama Hwy 111. Proceed north on Al. Hwy 111 to the north end intersection of Crenshaw Road. Turn left onto Crenshaw Road. Said Residence (2112 Crenshaw Road) will be located on the left. Said residence is described as being a light colored (tan or beige) doublewide mobile home with green colored window shutters and a front porch with green colored railings.

　　　**The facts tending to establish the foregoing grounds for the issuance of a search warrant are as follows**: CADTF has conducted a long and extensive drug investigation for the past few weeks of several individuals located in the Crenshaw area of Elmore County. Gregory Steve Smoke is an individual who is a subject in this investigation.

　　　During the course of this investigation CADTF has made multiple controlled buys of crack cocaine from several individuals, including Gregory Steve Smoke at 2112 Crenshaw Road, through the use of a confidential informant. This confidential informant has shown to me personally that he/she is knowledgeable of the appearance of illegal narcotics and can specifically identify crack cocaine. On each of these controlled buys other amounts of crack cocaine were observed. During the course of the investigation it has been determined through eyewitness confirmation from the confidential informants that crack cocaine has been sold and stored by Gregory Steve Smoke at the above mentioned address. Said address being 2112 Crenshaw Road, Wetumpka, Alabama. This confidential informant, has been proven reliable by

assisting CADTF in undercover buys of illegal narcotics in the past. This confidential informant has been to the above mentioned address within the past seventy-two hours under the direction, surveillance, and control of CADTF agents. During which time he/she purchased illegal narcotics, to wit: Crack Cocaine from Gregory Steve Smoke at said address.

Based on my knowledge as a narcotics agent I know that where crack cocaine is sold, kept and packaged there will be paraphernalia, scales, plastic bags and that where illegal drugs are sold and kept - records, documents and computers used to maintain records and documents of drug transactions and illegal monies owed will be found. I also know that drug traffickers use police band scanners, video surveillance equipment, and maintain firearms which are readily accessible for use as protection of the trafficker, his cash and drugs or other valuables, and for use in relation to drug trafficking.

Based on the foregoing facts I have reason to believe, probable cause to believe, and do believe that crack cocaine and drug related paraphernalia along with illegal cash proceeds, police band scanners, video surveillance equipment, computers, records and documents of transactions, and firearms will be found at the above mentioned address and request to seize all drugs, drug paraphernalia, monies, cash proceeds, police band scanners, video surveillance equipment, records, documents, and computers used to maintain records and documents of drug transactions.

_____
Affiant

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE ____6th____ DAY OF JANUARY 2006.

_____
JOHN B. BUSH
CIRCUIT JUDGE
ELMORE COUNTY, ALABAMA



JAN 2006
File
Larry Dozier
Circuit Clerk

# SEARCH WARRANT

STATE OF ALABAMA     *
                     *
ELMORE COUNTY        *

**TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY:**

**THE ATTACHED AFFADAVIT** having been sworn to by Agent Thomas Reid, before me this day, based upon facts stated therein, probable cause having been found, in the name of the people of the State of Alabama, I command you to enter the following described place: The residence, any and all outbuildings and any vehicles located as follows:

2112 Crenshaw Road – Wetumpka, Alabama

Said residence being in Elmore County, Alabama.

Therein to search, seize, secure, and tabulate the following: **COCAINE, DRUG PARAHANELIA, ILLEGAL CASH PROCEEDS, COMPUTERS, RECORDS, DOCUMENTS, POLICE BAND SCANNERS, VIDEO SURVEILLANCE EQUIPMENT, ANY AND ALL OTHER EQUIPMENT USED TO DETER THE EFFECTIVENESS OF LAW ENFORCEMENT AND THEIR ATTEMPTS TO HALT THE SALE/ DISTRIBUTION OF ILLEGAL DRUGS AND** make due return of this warrant within ten days as required by law.

This warrant may be served at any time day or night.

ISSUED UNDER MY HAND AT 10:35 O'CLOCK A .M THIS 6 DAY OF JANUARY 2006.

JOHN B. BUSH

CIRCUIT JUDGE
ELMORE COUNTY, ALABAMA