## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. DELORES R. BOYD

DATE COMMENCED: 9/29/06

DIGITAL RECORDING: 9:31 - 12:36

DATE COMPLETED: 9/29/06

| USA | * | 2:06cr167-MHT |
|---|---|---|
| vs | * | |
| GREGORY SMOKE | | |
| BETTY ROBERTSON | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| David Cooke, Jr. | * | Jennifer Hart -(Gregory Smoke) |
| | * | Susan Graham James- (Betty Robertson) |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Mitchell Reisner-Court Reporter

### PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    Suppression Hearing


SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description** 2:06cr167-MHT: USA vs. Gregory Smoke, Betty Robertson: Suppression Hearing

**Date** 9/29/2006    **Location** Courtroom 4A

| Time | Speaker | Note |
|---|---|---|
| 9:31:55 AM | Court | Convenes |
| 9:33:07 AM | | Court grants Defendant Smoke's counsel permission to confer with client prior to testimony taken |
| 9:38:55 AM | Defendant | Request Rule be Invoked; |
| 9:38:55 AM | Court | Rule Invoked |
| 9:40:07 AM | Government | Witness Calls 1st Witness-Tom Reid testifies |
| 9:56:47 AM | Court | Clarifies responses and questions Witness |
| 9:59:07 AM | Court | Government Exhibit 1 is admitted |
| 10:01:39 AM | Court | Government Exhibt 2 is admitted |
| 10:01:57 AM | Dft Smoke | Cross Examines Witness Tom Reid |
| 10:06:26 AM | Court | Defendant's Smoke Exhibits 1, 2, 4, 5, 6 Admitted |
| 10:11:23 AM | Dft Robertson | Cross Examines Witness Tom Reid |
| 10:14:59 AM | Court | Defendant's Robertson's Exhibits 1 and 2 Admitted |
| 10:23:04 AM | Court | Defendant's Robertson's Exhibit 3 Admitted |
| 10:26:11 AM | Government | Re-Direct Witness Reid |
| 10:28:49 AM | | Witness Excused |
| 10:29:37 AM | Government | Calls 2nd Witness- Jonathan Benson; Witness testifies |
| 10:34:45 AM | Dft Smoke | Cross-Examines Witness Jonathan Benson |
| 10:40:33 AM | Dft Robertson | Cross-Examines Witness Jonathan Benson |
| 10:48:38 AM | Dft Smoke | Further Questions Witness |
| 10:50:12 AM | | Counsel for Deft Robertson confers with Government's Counsel |
| 10:51:01 AM | | Counsel for Deft Robertson Questions location of videotape which shows the pointing out of the house to be searched |
| 10:52:02 AM | | Witness Benson Excused |
| 10:52:31 AM | | Recess until 11:15; child may enter courtroom during recess |
| 11:15:40 AM | | Court Reconvenes |
| 11:16:06 AM | Government | Calls 3rd witness Jennifer Rudden - Witness testifies |
| 11:16:57 AM | Dft Smoke | Crosss Examines |
| 11:17:21 AM | Dft Robertson | No Cross |
| 11:17:35 AM | | Witness Excused |
| 11:17:42 AM | | Government Rests |
| 11:17:56 AM | Dft Smoke | Calls 1st Witness Danny Carmichael - Witness testifies |
| 11:21:51 AM | | Defendants Smoke Exhibits 7, 8 Admitted |
| 11:26:50 AM | | Defendants Smoke Exhibits 9, 10, 11, 12 - Admitted |
| 11:27:17 AM | Dft Robertson | No Questions |
| 11:27:31 AM | Government | Cross Examines Witness Danny Carmichael |
| 11:28:15 AM | | Witness Excused |
| 11:28:26 AM | | No Witnesses for Defendant Robertson |
| 11:28:38 AM | | No Further Testimony |

| 11:28:53 AM | Court | Questions Government RE: Government Exhibits and facts relating to documents; Government Responds |
| 11:40:57 AM | Court | Questions attorneys as relates to search |
| 11:56:03 AM | Government | Makes summary argument in opposition to Gregory Smoke's Motion to Supppress |
| 11:57:26 AM | Dft Smoke | Makes summary argument in support of Motion for Suppress |
| 11:58:27 AM | Goverment | Makes summary argument in opposition to Betty Robertson's Motion for Suppression |
| 12:09:09 PM | Dft Robertson | Makes summary argument in support of Motion to Suppress |
| 12:25:16 PM | Court | Clarifies Statements |
| 12:29:21 PM | Dft Robertson | Responds |
| 12:30:58 PM | Court | States Evidentiary Facts re: Physical Residence |
| 12:31:40 PM | Government | Makes a Rebuttal |
| 12:33:00 PM | Court | Recommendation by 10 days |
| 12:36:48 PM | | Court in Recess |