≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

| USA | **DEFENDANT ROBERTSON'S EXHIBIT LIST** |
|---|---|
| V. | |
| GREGORY SMOKE<br>BETTY ROBERTSON | Case Number: 2:06cr167-MHT |

| PRESIDING JUDGE<br>DELORES R. BOYD | GOVERNMENT'S ATTORNEY<br>David Cooke | DEFENDANT'S ATTORNEY<br>Susan Graham James |
|---|---|---|
| TRIAL DATE (S)<br>Suppression Hearing 9/29/06 | COURT REPORTER<br>Mitchell Reisner | COURTROOM DEPUTY<br>Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 9/29/06 | x | x | Alabama Criminal History Report for Betty Robertson |
|  | 2 | 9/29/06 | x | x | Alabama Criminal History Report for Gregory Smoke |
|  | 3 | 9/29/06 | x | x | Central Alabama Drug Task Force Affidavit for Warrant for Betty Robertson |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages