IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \* |
| | \* |
| | \* |
| v. | \* CASE NO. 06cr167-MHT |
| | \* |
| **BETTY ROBERTSON** | \* |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now the undersigned counsel on behalf of Betty Robertson and files notice of intent to change plea.

Respectfully submitted,

s/Susan G. James
Susan G. James & associates
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334)263-4888
E-mail: sgjamesandassoc@aol.com
Bar No:ASB-7956-j64S

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Louis Franklin
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101