COURTROOM DEPUTY'S MINUTES  DATE: 10/26/2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 3:35 — 4:19 pm
COURT REPORTER: Mitchell Reisner

- ☐ ARRAIGNMENT
- ☒ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql
CASE NUMBER: 2:06CR167-MHT   DEFENDANT NAME: Betty ROBERTSON
AUSA: Franklin ~~Snyder~~   DEFENDANT ATTORNEY: Susan James
Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Lee
Interpreter present? (✓)NO; ( )YES   Name:

- ☐ This is defendant's FIRST APPEARANCE.
- ☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- ☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- ☐ WAIVER OF INDICTMENT executed and filed.
- ☐ INFORMATION filed.
- ☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:   ☐ Not Guilty
         ☒ Guilty as to:
              ☒ Count(s): 2
              ☒ Count(s): 1, 3    ☐ dismissed on oral motion of USA
                                  ☒ to be dismissed at sentencing

☒ Written plea agreement filed   ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  2
☐ CRIMINAL TERM:          ☐ WAIVER OF SPEEDY TRIAL filed.
         DISCOVERY DISCLOSURE DATE:
☒ ORDER: Defendant continued under ☒ same bond; ☐ summons; for:
         ☐ Trial on _____; ☒ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel