IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06-CR-167-MHT |
| | ) | |
| **BETTY ROBERTSON** | ) | |
| | ) | |

**United States's Motion for Downward Departure
for Acceptance of Responsibility and for Substantial Assistance**

The United States moves this Court to reduce Betty Robertson's offense level by one-level based on Robertson's acceptance of responsibility and eight additional levels based upon her substantial assistance in this case. As grounds for this Motion, the United States notes:

1. When Assistant United States Attorneys Louis V. Franklin and Christopher Snyder made their notices of appearance in this case on October 19, 2006, Robertson's counsel immediately contacted the United States Attorney's Office to indicate that Robertson would like to cooperate with the Government and plead guilty.

2. Given the circumstances of this particular case, this was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Robertson's offense level for acceptance of responsibility so that she shall receive a total reduction for acceptance of responsibility of three-levels.

4.	During Robertson's cooperation, she has additionally provided substantial assistance in the investigation of this case. Moreover, Robertson agreed to testify against her co-defendant Gregory Smoke–her long time partner and father of their eight year-old son. The United States believes that her agreement to testify was crucial in securing Mr. Smoke's guilty plea. Robertson also has made herself available for subsequent debriefings, and the United States submits that she has, at all times, been truthful with federal investigators.

5.	Finally, as part of the plea agreement, Robertson has waived her right to appeal and/or collaterally attack the sentence imposed in this case. Therefore, United States also asks this Court to depart an additional eight-levels under Guideline § 5K1.1 based upon Robertson's substantial assistance.

Respectfully submitted this the 19th day of January, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan James.

                                                    /s/ Christopher Snyder
                                                    CHRISTOPHER A. SNYDER
                                                    Assistant United States Attorney