```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )   CR. NO. 2:06cr167-MHT
                              )
BETTY ROBERTSON               )
```

### UNITED STATES OF AMERICA'S MOTION TO STRIKE
### FORFEITURE ALLEGATION AS TO DEFENDANT BETTY ROBERTSON

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike Betty Robertson's name from the forfeiture allegations as found in the indictment.

As grounds, the United States shows that Betty Robertson pleaded guilty only to Count 2 of the indictment. Forfeiture of the firearms named in the Forfeiture Allegation-Firearms in the indictment is not available based upon conviction of Count 2. Additionally, the United States has not located any property belonging to Betty Robertson which is subject to forfeiture pursuant to the Forfeiture Allegation-Drugs as found in the indictment.

The United States would note that the Court has earlier entered a Preliminary Order of Forfeiture for the firearms named in the indictment regarding co-defendant Gregory Smoke's interest. This Order remains in full effect.

Respectfully submitted this 29th day of January, 2007.

           FOR THE UNITED STATES ATTORNEY
                LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Louis V. Franklin, Sr., Christopher A. Snyder, Susan G. James** and **Jennifer A. Hart.**

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney