IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr167-MHT |
| | ) | |
| BETTY ROBERTSON | ) | |

### O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that defendant Betty Robertson's name is hereby stricken from the forfeiture allegations as found in the indictment.

DONE this ____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE