AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

BETTY ROBERTSON

**NOTICE**

CASE NUMBER: 2:06cr167-MHT

TYPE OF CASE:
☐ CIVIL   X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
| --- | --- |
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
| --- | --- | --- |
| The Frank M. Johnson, Jr. United States Courthouse Complex 2FMJ One Church Street Montgomery, AL 36104 | 1/31/07 @ 10:00 a.m. | **RESET TO 1/31/07 @ 2:00 p.m.** |

*Debra P. Hackett*

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/30/07
DATE

(BY) DEPUTY CLERK