```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

```
UNITED STATES OF AMERICA     )
                             )
       v.                    )    CR. NO. 2:06cr167-MHT
                             )
BETTY ROBERTSON              )
```

O R D E R

Upon consideration of the Motion to Strike (doc. no. 74) heretofore filed in the above-styled cause and to which counsel for defendant Betty Robertson has orally informed the court that defendant Robertson has no objection, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that defendant Betty Robertson's name is hereby stricken from the forfeiture allegations as found in the indictment.

DONE this 30th day of January, 2007.

```
                       /s/  Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE
```