# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY  ALABAMA

DATE COMMENCED  January 31, 2007          AT  2:06  A.M./P.M.

DATE COMPLETED  January 31, 2007          AT  2:55  A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:06cr167-MHT
        VS.

BETTY ROBERTSON

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher A. Synder | X | Atty Susan G. James |
| AUSA Louis V. Franklin | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        SENTENCING HEARING

2:06 p.m.            Sentencing hearing commenced. Terms of plea
                     agreement stated on the record. Probation
                     concurs with plea agreement. Defendant's
                     objection to PSR regarding firearms
                     enhancement as stated on the record.
                     Defendant sworn. Court overrules Defendant's
                     objection to PSR. Court directs parties to
                     explore avenues where the defendant's son can
                     be taken care of during the defendant's
                     incarceration and file a report within two
                     weeks. Sentence imposed; **ORAL ORDER** during
                     sentence imposition granting motion for
                     downward departure. Government's **ORAL MOTION**
                     to dismiss Counts 1 and 3 of the Indictment.
                     **ORAL ORDER** granting Oral Motion to Dismiss.
2:55 p.m.            Hearing concluded.