IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA

    v                                    2:06cr167-MHT

BETTY ROBERTSON

---

| GOVERNMENT | DEFENDANT |
|---|---|

WITNESS LIST

| | |
|---|---|
| | 1. BETTY ROBERTSON |
| | 2. JENNIFER RUDDEN |