IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * <br> * <br> * |
| v. | * CASE NO.  06cr167-MHT <br> * |
| **BETTY ROBERTSON** | * |

**STATUS REPORT**

Comes now Susan G. James, Attorney for Betty Robertson and files this status report regarding care and benefit options for her minor son and in support thereof states the following:

1. Pursuant to the Court's directive on January 31, 2007 Robertson is providing information regarding child care and benefit options for her minor child during her incarceration.

2. Extensive contact has been made with Renee Ross, an employee of the Federal Public Defenders Office.  Ms. Ross has explored assistance for the child on behalf of Gregory Smoke, a client of the Federal Defenders Office.  This information is available to the Court through Jennifer Hart.  Mr. Smoke is the biological father of Ms. Robertson's child.

3. Ms. Robertson advises that Gregory Smoke's cousin, Debra Lynn Cain, is willing to assist with the child care during her absence.  This is helpful but will still present some problems given that Ms. Robertson was a full-time, stay-at-home mom extremely active in her son's extracurricular activities.  The plan appears to be adequate under the circumstances.  Ms. Cain resides in Wetumpka, Alabama.

4. The minor child will continue to attend the same elementary school where he is presently enrolled.  Ms. Cain's mother, Willie Ruth Cain, will assist her daughter in transporting the minor child to and from school.

5. Contact has been made with the Montgomery County Department of Human Resources, Montgomery, Alabama.  The Agency has advised that prior to the parent's incarceration they can execute a Delegation of Parental Authority granting physical custody of their child with limited power to make decisions related to the child as to health and education.  Ms. Robertson plans to execute this Delegation of Authority.

6. The minor child is presently on Medicaid and receives the benefit of a disability check each month because of his mother's disability. The family already receives food stamps. It is also possible that the child may be eligible for the Kinshare Program at the Montgomery County Department of Human Resources. This program is being explored.

7. The Kinshare Program can provide limited transportation for four months, funds for emergency clothing and furniture, provide emergency intervention expenses, and provide some counseling.

8. The Court should note that the undersigned will continue to explore available assistance for Ms. Robertson's minor child.

Respectfully submitted,

> s/Susan G. James
> Susan G. James & associates
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334)263-4888
> E-mail: sgjamesandassoc@aol.com
> Bar No:ASB-7956-j64S

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Synder
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

> s/Susan G. James
> Susan G. James & associates
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334)263-4888
> E-mail: sgjamesandassoc@aol.com
> Bar No:ASB-7956-j64S