IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO. 2:06cr167-MHT |
| ) | |
| BETTY ROBERTSON ) | |

STATUS REPORT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this report in compliance with this Court's direction in open court on January 31, 2007. This Court directed the parties to explore avenues where Defendant Betty Robertson's minor son can be taken care of during her incarceration and to file a report within two weeks (February 14, 2007).

BACKGROUND

On July 11, 2006, a federal grand jury sitting for the Middle District of Alabama returned a four count indictment against Defendant Betty Robertson and Co-defendant Gregory Smoke. Count 1 charged both defendants with conspiracy to distribute and possess with intent to distribute 5 grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Count 2 charged both defendants with possession of cocaine base with intent to distribute in violation of Title 21, United States Code, Section 841(a)(1). Count 3 charged both defendants with using, carrying, and possessing a firearm during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1). Count 4 charged Co-defendant Smoke with possession of a firearm by a previously convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). Finally, the indictment contained a forfeiture allegation which sought the

forfeiture of both defendants' interest in the firearms that were seized as a result of the search warranted executed during the course of the investigation.

The instant indictment was the result of an investigation conducted by the Central Alabama Drug Task Force and the Bureau of Alcohol, Tobacco, Firearms, and Explosives between December 2005 and January 2006. During the course of the investigation, task force officers, using a confidential informant, successfully conducted controlled purchases of cocaine base from both defendants at their residence. Additionally, task force officers executed a search warrant at the defendants' residence, where they seized cocaine base, several firearms, drug paraphernalia, and United States currency.

Pursuant to a written plea agreement, the defendant entered a plea of guilty to Count 2 of the indictment on October 26, 2006. Under the terms of the plea agreement, the defendant agreed to the following:

To enter a plea of guilty to Count 2 of the indictment;

That the amount of cocaine base attributable to the defendant for sentencing purposes is 5.44 grams;

To forfeit any interest the defendant may have in any firearm seized during the execution of the search warrant;

To cooperate and provide substantial assistance to the government in the investigation and prosecution of the instant case and others;

And to agree that a recommended term of 24 months is the appropriate sentence that should be imposed on the defendant.

Under the terms of the plea agreement, the United States agreed that upon the Court's acceptance of the plea agreement and the defendant's fulfillment of the cooperation component of the plea agreement, it would do the following:

File a motion for a downward departure consistent with the agreed upon and recommended sentence of 24 months imprisonment;

And dismiss the remaining counts of the indictment.

The defendant is a 40 year old single mother of four[1] who has never been married. However, at the time of her arrest, she lived with the co-defendant who is the father of her 8 year old son[2].

On January 31, 2007, the defendant appeared for sentencing. The court accepted the aforementioned plea agreement and imposed the recommended term of 24 months incarceration, among other things. The defendant was allowed to voluntarily surrender, in part so that she could make appropriate arrangements for the care and custody of her son.

QUESTION PRESENTED

What custodial options exist for a minor child when both parents are incarcerated?

DISCUSSION

In preparation for this report, the undersigned spoke with Jeff Lee, United States Probation Officer, Renee Ross, Investigator for the Federal Defender's Office, various representatives of the Alabama Department of Human Resources, a contact person for the Alabama Attorney General mentoring program, and Angela Spackman, co-founder of Adullam House.

The undersigned has reviewed the report submitted by Susan G. James, attorney for Defendant. The defendant's report is consistent with the information the undersigned found during his discussions with the aforementioned individuals. However, beyond the PSI, the undersigned is

---

[1] According to the PSI, three of the children are adults and one is a minor. One of the children died in an automobile accident. The PSI does not indicate the whereabouts of the living adult children.

[2] Both defendants were arrested at the residence. Following a detention hearing, the co-defendant was detained pending trial and remains in custody at the submission of this report.

3

not familiar with any family resources available to the defendant and, therefore, takes no position with respect to any plan recommended in the defendant's report.

Notwithstanding the defendant's proposed plan regarding the custody of the minor child during the defendant's incarceration, the United States hereby advises the Court of two additional alternatives in the event the family member identified in the defendant's plan is unavailable or deemed unsuitable.

First, Adullam House is a church-based organization that accepts a "delegation of parental authority," i.e, temporary custody, of a minor child whose custodial parents are incarcerated. It is a privately funded independent church facility and DHR exempt. Therefore, it does not fall under the jurisdiction of DHR. On average, Adullam House takes care of 25 to 28 minor children of varying ages. Typically, they receive referrals from a prison classification officer, prison warden, and/or the incarcerated parent. After conducting an assessment, they may accept custody of the minor child and provide care until the parent is released from custody. They are available to children of incarcerated parents who have no family member who is willing or deemed suitable to take custody of the child. The contact persons for Adullam House are Pete and Angela Spackman. They can be reached at (334) 514-3070 or the court may visit its website at www.newconvictions.org or www.adullamhouse.org.

Second, DHR oversees a foster care program which is charged with the responsibility of taking care of children who have no custodial parent and there is a DHR office located in each county of the State of Alabama. The defendant would need to contact the DHR office in the county where she resides.

Respectfully submitted this 14th day of February, 2007.

                                          LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        /s/ Louis V. Franklin, Sr.
                                        LOUIS V. FRANKLIN, SR.
                                        Assistant United States Attorney
                                        1 Court Square, Suite 201
                                        Montgomery, Alabama 36104
                                        (334) 223-7280
                                        (334) 223-7135 Fax
                                        louis.franklin@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06cr167-MHT |
| ) | |
| BETTY ROBERTSON ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Susan G. James.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
louis.franklin@usdoj.gov