IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \* |
| | \* |
| | \* |
| v. | \* CASE NO.  06cr167-MHT |
| | \* |
| **BETTY ROBERTSON** | \* |

## MOTION TO EXTEND TIME TO VOLUNTARILY SURRENDER

Comes now Betty Robertson by and through undersigned Counsel and files this her joint motion to extend the time to voluntarily surrender the presently set prison reporting date of April 2, 2007 and states the following:

1. Robertson is presently on bond and is scheduled to report to a Federal Correctional Facility in Greenville, Illinois on April 2, 2007.

2. Counsel on behalf of Robertson plans to petition the Bureau of Prisons to change the designation since Robertson's eight year old son will have no way to visit his mother for the next two years if she is in Illinois.

3. Wherefore based on all of the above it is respectfully requested that Betty Robertson's reporting date be reset until after resolution of the designation is resolved.

4. Contact was made on today's date with AUSA Louis Franklin and he has no objection. A 60 day extension is requested.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Cook
United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012