IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr167-MHT |
| BETTY ROBERTSON | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Betty Robertson's motion to stay (doc. no. 97) is treated as a motion to extend time to surrender voluntarily, and said motion is granted.

(2) Defendant Robertson shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on July 3, 2007.

It is further ORDERED that defendant Robertson's motion to seal (doc. no. 96) is granted.

DONE, this the 4th day of June, 2007.

              /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE