IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-00167-MHT |
| | ) | |
| BETTY ROBERTSON | ) | |

## Motion to Seal Government Motion

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the attached motion in this case, DE #____. The motion contains sensitive information concerning ongoing investigations in the Middle District of Alabama and elsewhere.

Respectfully submitted this 27th day of June, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 271
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06-CR-00167-MHT |
| ) | |
| BETTY ROBERTSON ) | |

### Certificate of Service

I hereby certify that on June 27, 2007, I hand filed foregoing with the Clerk and faxed a copy to Robertson's attorney of record, Susan James.

Respectfully submitted,

CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 271
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.snyder@usdoj.gov