IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:06-CR-00167-MHT |
| BETTY ROBERTSON | ) |

### Order Sealing Government Motion

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the attached Government Motion, DE # ___, be sealed and to be kept secret until further order of the Court.

DONE this the _____ day of June, 2007.

_____
HON. MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE