### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**CASE NO.   2:06-CR-00167-MHT**

**v.**

**BETTY ROBERTSON**

### MOTION REQUESTING HEARING ON MOTION TO REDUCE SENTENCE

COMES NOW the defendant by and through undersigned counsel and requests that a hearing be held on the Government's Motion for Reduction of Sentence and states as follows:

1.  Counsel for the defendant Robertson has just received via facsimile a copy of the Motion for Reduction of Sentence.

2.  Counsel for the defendant would request a hearing on this motion.

3.  Defendant is scheduled to report to the U.S. Marshal service on July 3, 2007.

WHEREFORE it is respectfully requested that a hearing be scheduled in this matter.

Respectfully submitted,

          s/ Susan G. James
          SUSAN G. JAMES
Attorney at Law
600 S. McDonough Street
Montgomery, Alabama 36104
Phone (334) 269-3330
Fax: (334) 263-4888
E-mail: sgjamesandassoc@aol.com
Bar No. ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Snyder
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

2