IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

                        CASE NO.   2:06-CR-00167-MHT

V.

BETTY ROBERTSON

MOTION TO EXTEND REPORTING DATE

COMES NOW the defendant by and through undersigned counsel and requests that her presently set reporting date of July 3, 2007 be extended and states as follows:

1. Counsel for the defendant Robertson has just received via facsimile a copy of the Motion for Reduction of Sentence.

2. Counsel for the defendant would request a hearing on this motion.

WHEREFORE it is respectfully requested that the reporting date be extended so that a hearing may be held .

Respectfully submitted,

        s/ Susan G. James
        SUSAN G. JAMES
Attorney at Law
600 S. McDonough Street
Montgomery, Alabama 36104
Phone (334) 269-3330
Fax: (334) 263-4888
E-mail: sgjamesandassoc@aol.com
Bar No. ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Snyder
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

2