IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr167-MHT |
| **BETTY ROBERTSON** | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Betty Robertson's motion to extend time to voluntarily surrender (doc. no. 102) is granted.

(2) Defendant Robertson shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on July 19, 2007.

DONE, this the 2nd day of July, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**