IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr167-MHT |
| **BETTY ROBERTSON** | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Betty Robertson's motion for hearing (doc. no. 101) is granted.

(2) The government's motion for reduction in sentence (doc. no. 100) is set for hearing on July 10, 2007, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

DONE, this the 2nd day of July, 2007.

                              /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**