IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr167-MHT |
| **BETTY ROBERTSON** | ) | |

## ORDER

It is ORDERED as follows:

(1) The government's motion to seal (doc. no. 99) is granted.

(2) The government's motion for reduction in sentence (doc. no. 100) is sealed.

DONE, this the 9th day of July, 2007.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**