IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA,**          *
                                                       *
                                                       *
v.                                                    *   CASE NO.  06cr167-MHT
                                                       *
**BETTY ROBERTSON**                    *

## MODIFY CONDITIONS OF SENTENCE

Comes now Betty Robertson by and through undersigned counsel and files this motion requesting that the Court modify the conditions of her sentence and in support thereof states the following:

1. Robertson is presently serving her sentence in the halfway house in Montgomery.

2. This Court knows she has a minor child for whom she had sole responsibility.  Since Robertson has been in the halfway house she reports to the undersigned that her son is not adjusting well and having problems.  Apparently the backup child care that Robertson had for the child is not working out.

3. Robertson reports to the undersigned that individuals at the halfway hosue have knowledge of her cooperation and this places her in danger.

4. Contact has been made with AUSA Chris Synder and he objects to the relief requested.

5. Wherefore it is respectfully requested that this Court modify the conditions of her sentence to allow her to release on home confinement for the duration of the sentence.

Respectfully submitted,

        S/Susan G.  James
        Susan G. James & associates
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334)263-4888
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Synder  
United States Attorney  
P.O. Box 197  
Montgomery, Alabama, 36101  

Respectfully submitted,

    S/Susan G. James  
    Susan G. James &Associates  
    600 South McDonough Street  
    Montgomery, Alabama 36104  
    Phone: (334) 269-3330  
    Fax: (334) 263-4888  
    E-mail: sgjamesandassoc@aol.com  
    Bar No. ASB7956J64S