IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:06cr167-MHT
BETTY ROBERTSON             )
```

## ORDER

It is ORDERED as follows:

(1) Defendant Betty Robertson's motion to modify conditions of sentence (doc. no. 108) is set for hearing on December 3, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) Probation is to investigate the circumstances alleged in the motion and is to file a report setting forth its findings and recommendation by November 29, 2007.

(3) The government is to file a response by noon on November 30, 2007.

DONE, this the 20th day of November, 2007.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE