IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06-CR-167-MHT |
| | ) | |
| BETTY ROBERTSON | ) | |
| | ) | |

**United States's Response to Motion to Modify Conditions of Sentence**

The United States objects to Defendant Betty Robertson's request to modify her conditions of her sentence for two reasons. First, the facts do not support the request. From the investigation conducted by Probation, *see* DE #112, it appears that Robertson's son, while having the expected adjustment problems, is faring remarkably well, given the unfortunate circumstance he is facing. Moreover, Robertson's claims that she is in danger at the halfway house are unsubstantiated. However, should the Court find these later claims credible, the United States believes the appropriate remedy is to move Robertson to a different halfway house.

The United States also objects to a modification of Robertson's sentence because Robertson should serve her entire sentence. Robertson was charged with, among other things, drug trafficking and possessing a gun in connection with a drug trafficking offense ("the 924(c) charge"). Based upon her initial Guidelines range alone, Robertson was facing a Guidelines range of 57 to 71 months. However, based upon Robertson's substantial assistance, the United States agreed that an appropriate sentence would be 24 months. Additionally, the United States dismissed the 924(c) charge, which carries a mandatory

minimum sentence of 60 months, based upon her substantial assistance.

After Robertson pleaded guilty, she cooperated further by assisting the Government with other drug cases it was prosecuting. The United States then filed a Rule 35 motion and asked the Court to sentence Robertson to 12 months and one day in prison. The Court granted that motion but sentenced Robertson to nine months in a halfway house. To further diminish this already-reduced sentence based upon unwarranted factors, would run afoul of the spirt of 18 U.S.C. § 3553(a)(2)(A), (B), & (C). The United States therefore opposes Robertson's request for modification of her sentence.

Respectfully submitted this the 30th day of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan James.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney