IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | * |
| v. | * CASE NO.  06cr167-MHT |
| | * |
| BETTY ROBERTSON | * |

## NOTICE OF APPEARANCE

Comes now Clifford Terry Gregg, Jr. and enters his appearance in this cause as Co-

Counsel for Betty Robertson.

Respectfully submitted,

s/ Clifford Terry Gregg, Jr.
TERRY GREGG
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: terrygreggjr@gmail.com
Bar No: ASB6892O72G

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the corrected copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Synder
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/ Clifford Terry Gregg, Jr.
TERRY GREGG
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 263-4888

E-mail:terrygreggjr@gmail.com
Bar No: ASB6892O72G