IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr167MHT |
| **BETTY ROBERTSON** | ) | |

### ORDER

It is ORDERED that defendant Betty Robertson's motion to amend sentence (doc. no. 122) is set for submission, without oral argument, on May 19, 2008, with the government's and probation's briefs due by May 12, 2008, and defendant Robertson's reply due by May 19, 2008.

DONE, this the 25th day of April, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE