IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 2:06-CR-167-MHT |
| ) | |
| BETTY ROBERTSON ) | |
| ) | |

**United States's Response to Motion to Amend Sentence**

The United States objects to Defendant Betty Robertson's request to amend her sentence under 18 U.S.C. § 3582(c)(2), based upon a recent amendment to the drug table of the United States Sentencing Guidelines. Section 3582(c)(2) only permits a Court to modify the sentence of a defendant "who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)." Robertson, as she admits in her motion, was only sentenced to nine months in a halfway house.

This is not a term of imprisonment. *United States v. Chavez*, 204 F.3d 1305, 1315 (11th Cir.2000) (confinement in a halfway house is not imprisonment); *Dawson v. Scott*, 50 F.3d 884, 888-91 (11th Cir.1995) (same). Robertson is therefore ineligible for a modification to her sentence under Section 3582(c)(2), and her motion must be denied.

Respectfully submitted this the 28th day of April, 2008.

                                          LEURA G. CANARY
                                          UNITED STATES ATTORNEY

                                          /s/ Christopher Snyder
                                          CHRISTOPHER A. SNYDER

        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan James.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney