UNITED STATES GOVERNMENT
# MEMORANDUM

| | |
|---|---|
| <u>TO:</u> | The Honorable Myron H. Thompson<br>United States District Judge |
| <u>REPLY TO ATTN OF:</u> | Scott Wright<br>Supervisory U.S. Probation Officer |
| <u>SUBJECT:</u> | Betty Robertson<br>Case No. 2:06CR00167-MHT<br>Response to Motion to Amend Sentence |
| <u>DATE:</u> | May 6, 2008 |

On February 2, 2007, Robertson was sentenced to five years probation following her plea of guilty to Possession with Intent to Distribute Cocaine Base. On April 23, 2008, the defendant filed a motion to amend her sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 706 of the United States Sentencing Commission.

The statute the defendant relies on for the requested relief, 18 U.S.C. § 3582(c)(2), only applies to a defendant, "who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)." Robertson did not receive a sentence of imprisonment; therefore, she is ineligible for an amended sentence.