IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | * |
| v. | * CASE NO. 06cr167-MHT |
| | * |
| BETTY ROBERTSON | * |

## MOTION TO CANCEL HEARING

Comes now Betty Robertson, by and through undersigned counsel, and files this motion requesting the Court cancel the hearing set for May 19, 2008 and in support thereof states the following:

1. Robertson was sentenced to a halfway house.

2. Robertson will complete her sentence on May 12, 2008.

3. Counsel is respectfully requesting that the Court terminate the hearing set for May 19, 2008.

4. The motion for reduction of sentence should be denied as moot.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Synder
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S