# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 9, 2008

# NOTICE OF DEFICIENCY

**To:**              **Susan G. James**

**From:**            **Clerk's Office**

**Case Style:**      **USA vs. Betty Robertson**

**Case Number:**     **2:06-cr-167-MHT**

**Referenced Pleading:**   **Document #126**
                           **Motion for Hearing to Cancel Hearing set for 5/19/08**


**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading was docketed as a motion for hearing to cancel hearing (This case does not have a hearing set for 5/19/08). The document should have been filed as a motion to cancel hearing, if there was a hearing set in the case. The motion will be terminated as filed in error.**