IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr167-MHT |
| **BETTY ROBERTSON** | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Betty Robertson's motion to cancel hearing (doc. no. 126) is treated as a statement conceding that her motion to amend sentence (doc. no. 122) can be denied as moot.

(2) Defendant Robertson's motion to amend sentence (doc. no. 122) is denied as moot.

DONE, this the 14th day of May, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**